UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DARIN ANTHONY PALERMO,                )          1:05-CV-1010 REC WMW HC
                                      )
        Petitioner,                   )
                                      )          ORDER GRANTING EXTENSION OF
    v.                                )          TIME
                                      )          (DOCUMENT #4)
JEANNE WOODFORD,                      )
                                      )
        Respondent.                   )
_____)

        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

§ 2254.  On October 17, 2005, petitioner filed a motion to extend time to file a new application to

proceed in forma pauperis.  Good cause having been presented to the court and GOOD CAUSE

APPEARING THEREFOR, IT IS HEREBY ORDERED that:

        Petitioner is granted thirty days from the date of service of this order in which to file an

application to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:    November 16, 2005**                  _____/s/  William M. Wunderlich_____
bl0dc4                                           UNITED STATES MAGISTRATE JUDGE