UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN A. PALERMO, | 1: 05 CV 1010 AWI WMW HC |
| Petitioner, | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| v. | [Doc. 19] |
| JEANNE WOODFORD, | |
| Respondent. | |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 9, 2008, the Magistrate Judge filed findings and recommendations herein. Objections to the findings and recommendations were originally due on February 12, 2008. On February 6, 2008, Petitioner filed a motion for an extension of time to file objections to the findings and recommendations. Petitioner states that he did not receive the findings and recommendations until January 22, 2008, and needs additional time to acquire library access to prepare his objections. Petitioner does not, however, explain why he waited from January 22, 2008, until February 6, 2008, to file his request for an extension of time. Nonetheless, the court will grant Petitioner's request.

1 Accordingly, Petitioner is HEREBY GRANTED until March 15, 2008, to file his objections. No
2 further extensions will be granted.

5 IT IS SO ORDERED.

6 **Dated:   February 20, 2008**                               **/s/  William M. Wunderlich**
                                                              UNITED STATES MAGISTRATE JUDGE